IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01048-AP

CHARLENE E. POWERS-GROOMER,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
RICK P. SAUER, ESQ.
700 Macon Ave.
Canon City, CO 81212
(719) 275-7591
rps@bresnan.net

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdjo.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
E-mail: tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 05/18/07

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 05/23/07

    C.    **Date Answer and Administrative Record Were Filed:** 07/20/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 03/17/08

    B.    **Defendant's Response Brief Due:** 04/14/08

    C.    **Plaintiff's Reply Brief (If Any) Due:** 04/28/08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Oral Argument not requested.

      B.      **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

      DATED this 11th day of February, 2008.

                                        BY THE COURT:

                                        S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| | UNITED STATES ATTORNEY |
| | KEVIN TRASKOS |
| s/ Rick P. Sauer | Assistant United States Attorney |
| RICK P. SAUER | Deputy Chief, Civil Division |
| 700 Macon Ave. | United States Attorney's Office |
| Canon City, CO 81212 | District of Colorado |
| (719) 275-7591 | kevin.traskos@usdjo.gov |
| rps@bresnan.net | |
| | s/ Thomas H. Kraus |
| Attorney for Plaintiff | THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |

.