UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01048-WYD

CHARLENE E. POWERS GROOMER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Motion for Order Re: Bill of Costs (filed October 15, 2008). The motion requests the cost of Plaintiff's filing fee of $350.00. The motion is unopposed. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Motion for Order Re: Bill of Costs (Doc. # 22) is **GRANTED**. The Clerk of Court shall award the costs requested by Plaintiff.

    Dated: October 17, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge