UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01048-WYD

CHARLENE E. POWERS GROOMER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Plaintiff's Amended Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (filed November 24, 2008). Plaintiff moves for an order granting payment of attorney's fees in the amount of $5,550.00 under the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412(d). Plaintiff asserts that the motion is unopposed, and attaches documentation in support of the motion.

Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that Plaintiff's motion should be granted. Accordingly, it is

ORDERED that Plaintiff's Amended Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. # 25 filed November 24, 2008) is **GRANTED**. Attorney's fees in the amount of $5,550.00 shall be paid to Rick P. Sauer, attorney for the Plaintiff.

Dated December 1, 2008

                                              BY THE COURT:

                                              <u>s/ Wiley Y. Daniel</u>
                                              Wiley Y. Daniel
                                              Chief United States District Judge